UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                         :

DANIEL SALABAJ, *individually and on behalf of all*   :
*others similarly situated*,

                                       :        25-CV-9776 (JMF)

                Plaintiffs,   :

                                       :       ORDER REGARDING
      -v-                          :   NOTICE TO PURPORTED
                                       :    PLAINTIFF CLASS
STUBHUB HOLDINGS, INC et al.,         :       MEMBERS

                Defendants.   :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On November 24, 2025, Plaintiff filed a putative class action on behalf of persons and entities that purchased or otherwise acquired StubHub common stock.  Docket No. 1. ("Compl."), ¶ 1.  The Complaint alleges violations of Sections 11, 12(a)(2), and 15 of the Securities Act of 1933.

      Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period."  15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

      It is hereby ORDERED that **no later than December 20, 2025**, Plaintiffs shall advise the Court in writing of the date and manner in which it published this notice.

      SO ORDERED.

Dated:  November 26, 2025
       New York, New York                      _____
                                           JESSE M. FURMAN
                                   United States District Judge