UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                    :
DANIEL SALABAJ, *individually and on behalf of all*                 :
*others similarly situated*,                                        :
                                                                    :              25-CV-9776 (JMF)
                                          Plaintiffs,               :
                                                                    :                  ORDER
               -v-                                                  :
                                                                    :
STUBHUB HOLDINGS, INC et al.,                                       :
                                                                    :
                                          Defendants.               :
                                                                    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On November 24, 2025, Plaintiff filed a class action lawsuit on behalf of purchasers of

StubHub common stock issued in connection with the Company's IPO.  ECF No. 1 ("Compl"),

¶ 39.  The Complaint alleges violations of Sections 11, 12(a)(2), and 15 of the Securities Act of

1933.

As explained in the Court's November 26, 2025 Order, Section 78u-4(a)(3)(A) of the

Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that

within twenty days of the filing of the complaint, Plaintiff shall "cause to be published, in a

widely circulated national business-oriented publication or wire service, a notice advising

members of the purported plaintiff class . . . of the pendency of the action, the claims asserted

therein, and the purported class period."  15 U.S.C. § 78u-4(a)(3)(A)(i).  The PSLRA also

provides that "not later than 60 days after the date on which the notice is published, any member

of the purported class may move the court to serve as lead plaintiff of the purported class."  *Id.*

In addition, the Act requires that not later than 90 days after the date on which notice is

published, the Court shall consider any motion made by a purported class member in response to the notice, and shall appoint as lead plaintiff the member or members of the purported plaintiff class that the Court determines to be most capable of adequately representing the interests of class members. *See id.* § 78u-4(a)(3)(B)(i). In the event that more than one action on behalf of a class asserting substantially the same claim or claims has been filed, and any party has sought to consolidate those actions for pretrial purposes or for trial, the Court shall not appoint a lead plaintiff until after a decision on the motion to consolidate is rendered. *See id.* § 78u-4(a)(3)(B)(ii).

Plaintiff's counsel notified the Court that the required notice was published on November 24, 2025. *See* ECF No. 6. Members of the purported class therefore have until **January 23, 2026**, to move the Court to serve as lead plaintiffs. It is further ORDERED that opposition to any motion for appointment of lead plaintiff shall be served and filed by **February 4, 2026.** Finally, it is hereby ORDERED that a conference shall be held on **February 12, 2026,** at **3:00 p.m.** to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation.

The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Further, counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr.,

2

etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

If an amended complaint or a related case is filed prior to appointment of a lead plaintiff, Plaintiff's counsel shall, **within one week**, submit a letter to the Court identifying any differences between the allegations in the new complaint(s) and the allegations in the original complaint (including but not limited to any differences in the claims asserted and the relevant class periods) and showing cause why the Court should not order republication of notice under the PSLRA and set a new deadline for the filing of motions for appointment. *See, e.g., Hachem v. Gen. Elec. Inc.*, No. 17-CV-8457 (JMF), 2018 WL 1779345 (S.D.N.Y. Apr. 11, 2018).

It is further ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each of the defendants.

SO ORDERED.

Dated: December 1, 2025
      New York, New York

_____
JESSE M. FURMAN
United States District Judge

3