UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                                                     :

DANIEL SALABAJ, *individually and on behalf of all*  :
*other similarly situated*,
                                                :            25-CV-9776 (JMF)

                    Plaintiffs,        :

                                                   :

     -v-                                  :

                                               :

STUBHUB HOLDINGS, INC. et al.,        :

                                               :

                  Defendants.    :

                                               X

------------------------------------------------------------------ :

                                               :

KEVIN JUNCO, *derivatively on behalf of Stubhub*  :
*Holdings, Inc.*,                                :           25-CV-10208 (JMF)

                                             :

                  Plaintiff,       :

                                             :               <u>ORDER</u>

     -v-                                  :

                                               :

ERIC H. BAKER et al.,               :

                                             :

                  Defendants.    :

                                             :

----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On November 24, 2025, Plaintiff Daniel Salabaj filed a class action complaint in 25-CV-9776 against Stubhub Holdings, Inc ("Stubhub"), alleging securities fraud.  On December 9, 2025, Plaintiff Kevin Junco filed a shareholder derivative complaint against StubHub in 25-CV-10208.  As of this Order, no motion for consolidation has been filed, but 25-CV-10208 has been accepted by the Court as related to 25-CV-9776, and the cases appear to involve common questions of law and fact.  In light of that, the parties in both cases are directed to confer and, no

later than **December 22, 2025**, file a joint letter advising the Court whether and to what extent the two cases should be consolidated or coordinated.

Unless and until the Court orders otherwise, the motion deadlines and the hearing date for appointment of a lead plaintiff in 25-CV-9776 (*see* Docket Nos. 7, 18) remain in effect.  If any party believes that the dates, deadlines, or procedures should be modified, it shall file a letter motion to that effect by **December 22, 2025.**

It is further ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each of the defendants and file proof of service on the docket.

SO ORDERED.

Dated:  December 15, 2025
   New York, New York

            JESSE M. FURMAN
            United States District Judge