UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
             :

DANIEL SALABAJ, *individually and on behalf of all*   :
*other similarly situated*,   :
             :        25-CV-9776 (JMF)

           Plaintiffs,   :
             :

     -v-   :
             :

STUBHUB HOLDINGS, INC. et al.,   :
             :

           Defendants.   :
             X

------------------------------------------------------------------- : 
             :

KEVIN JUNCO, *derivatively on behalf of Stubhub*   :
*Holdings, Inc.*,   :       25-CV-10208 (JMF)
             :

           Plaintiff,   :
             :          ORDER

     -v-   :
             :

ERIC H. BAKER et al.,   :
             :

           Defendants.   :
             :

-------------------------------------------------------------------X
             :

SETH COHEN, *derivatively on behalf of Stubhub*   :
*Holdings, Inc.*,   :       25-CV-10445 (JMF)
             :

           Plaintiff,   :
             :          ORDER

     -v-   :
             :

ERIC H. BAKER et al.,   :
             :

           Defendants.   :
             :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On November 24, 2025, Plaintiff Daniel Salabaj filed a class action complaint in 25-CV-9776 against Stubhub Holdings, Inc ("Stubhub"), alleging securities fraud. On December 9, 2025, Plaintiff Kevin Junco filed a shareholder derivative complaint against StubHub in 25-CV-10208. On December 15, 2025, the Court ordered the parties to file a joint letter no later than today advising the Court whether and to what extent the two cases should be consolidated or coordinated. ECF No. 19. On December 18, 2025, however, Plaintiff Seth Cohen filed a shareholder derivative complaint against StubHub in 25-CV-10445.

In light of this development, the previous deadline for the parties in the first two cases to file a joint letter regarding consolidation is VACATED. Instead, the parties in **all three cases** are directed to confer and, no later than **January 6, 2026**, file a joint letter advising the Court whether and to what extent all three cases should be consolidated or coordinated.

Unless and until the Court orders otherwise, the motion deadlines and the hearing date for appointment of a lead plaintiff in 25-CV-9776 (*see* Docket Nos. 7, 18) remain in effect. If any party believes that the dates, deadlines, or procedures should be modified, it shall file a letter motion to that effect by **January 6, 2026.**

It is further ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each of the defendants and file proof of service on the docket.

SO ORDERED.

Dated: December 22, 2025
New York, New York

_____
JESSE M. FURMAN
United States District Judge

2