**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL SALABAJ, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>STUBHUB HOLDINGS, INC., ERIC H. BAKER, CONNIE JAMES, MARK STREAMS, SAMEER BHARGAVA, JEREMY LEVINE, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC., EVERCORE GROUP L.L.C., BMO CAPITAL MARKETS CORP., MIZUHO SECURITIES USA LLC, TD SECURITIES (USA) LLC, TRUIST SECURITIES, INC., NOMURA SECURITIES INTERNATIONAL, INC., WR SECURITIES, LLC, CITIZENS JMP SECURITIES, LLC, OPPENHEIMER & CO. INC., WEDBUSH SECURITIES INC., and PNC CAPITAL MARKETS LLC,<br><br>    Defendants. | Case No.: 1:25-cv-09776-JMF<br><br>Hon. Jesse M. Furman |

**NOTICE OF MOTION OF ALEX GOGH FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Alex Gogh ("Movant") respectfully moves this Court for

an order: (1) appointing Movant as Lead Plaintiff in the above-captioned action (the "Action")

pursuant to § 27 of the Securities Act of 1933 ("Securities Act"), as amended by the Private

Securities Litigation Reform Act of 1995 (the "PSLRA") and (2) approving Movant's selection of

Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks appointment as lead plaintiff and approval of his choice of counsel pursuant

to the Securities Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration of Adam M. Apton in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: January 23, 2026                         Respectfully Submitted,

                                                **LEVI & KORSINSKY, LLP**

                                                By: */s/ Adam M. Apton*
                                                Adam M. Apton (AS-8383)
                                                33 Whitehall Street, 27th Floor
                                                New York, NY 10004
                                                Tel: (212) 363-7500
                                                Fax: (212) 363-7171
                                                Email: aapton@zlk.com

                                                *Lead Counsel for Alex Gogh and*
                                                *[Proposed] Lead Counsel for the Class*