**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL SALABAJ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STUBHUB HOLDINGS, INC., et al.,<br><br>Defendants. | **Case No. 1:25-cv-09776-JMF**<br><br>**NOTICE OF MOTION AND MOTION OF PAUL KUK TO (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**CLASS ACTION** |

**PLEASE TAKE NOTICE** that pursuant to the Securities Act of 1933 (the "Securities Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 77z-1(a)(3)(B), Paul Kuk ("Movant") hereby moves this Court, the Honorable Jesse M. Furman, for an order:

(a)     appointing Movant to serve as Lead Plaintiff in this action; and

(b)     approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

1

In support of this Motion, Movant submits: (i) a Memorandum of Law (together with supporting exhibits); and (ii) a [Proposed] Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.

Dated: January 23, 2026                                    Respectfully submitted,

                                                           **THE ROSEN LAW FIRM, P.A.**

                                                           */s/ Phillip Kim*
                                                           Phillip Kim, Esq.
                                                           Laurence M. Rosen, Esq.
                                                           275 Madison Avenue, 40th Floor
                                                           New York, New York 10016
                                                           Telephone: (212) 686-1060
                                                           Fax: (212) 202-3827
                                                           Email: philkim@rosenlegal.com
                                                           Email: lrosen@rosenlegal.com

                                                           *[Proposed] Lead Counsel for Plaintiff and Class*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 23, 2026, a true and correct copy of the foregoing document

was served by CM/ECF to the parties registered to the Court's CM/ECF system.


*/s/ Phillip Kim*
Phillip Kim