**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL SALABAJ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> STUBHUB HOLDINGS, INC., et al., <br><br> Defendants. | **CASE No. 1:25-cv-09776-JMF** <br><br> **[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL** <br><br> <u>**CLASS ACTION**</u> |

WHEREAS, the above-captioned securities class action has been filed against Defendants StubHub Holdings, Inc., Eric H. Baker, Connie James, Mark Streams, Sameer Bhargava, Jeremy Levine, J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC, BofA Securities, Inc., Evercore Group L.L.C., BMO Capital Markets Corp., Mizuho Securities USA LLC, TD Securities (USA) LLC, Truist Securities, Inc., Nomura Securities International, Inc., WR Securities, LLC, Citizens JMP Securities, LLC, Oppenheimer & Co. Inc., Wedbush Securities Inc., and PNC Capital Markets LLC, alleging violations of the federal securities laws;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 77z-1(a)(3)(A)(i), on November 24, 2025, a notice was issued to potential class members of the action informing them of their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

WHEREAS, on January 23, 2026, movant Paul Kuk ("Movant") timely moved the Court to appoint Movant as Lead Plaintiff, and to approve Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel;

1

WHEREAS, the PSLRA provides, among other things, that the most-adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice and has the largest financial interest in the relief sought by the Class and satisfies the requirements of Fed. R. Civ. P. 23;

WHEREAS, the Court finding that Movant has the largest financial interest in this action and *prima facie* satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I); and

**IT IS HEREBY ORDERED THAT:**

1.      Pursuant to the Private Securities Litgation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(B), Movant is appointed as Lead Plaintiff for the class as Movant has the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

2.      Movant's choice of counsel is approved and accordingly, The Rosen Law Firm, P.A. is appointed as Lead Counsel.

3.      Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) to prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiff and the Class.

SO ORDERED:

Dated: _____, 2026

_____
HON. JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

2