# Exhibit 1



Q | Contact Us

**businesswire**
A BERKSHIRE HATHAWAY COMPANY

Newsroom    Services & Solutions ⌄    Resources ⌄

For Journalists

📄 Submit a Release    Laurence ⌄

**Nov 24, 2025 9:14 PM Eastern Standard Time**

# STUB CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit On Behalf Of StubHub Holdings, Inc. Shareholders



**GLANCY PRONGAY & MURRAY LLP**

∿ NYSE:STUB

**RELEASE VERSIONS**

English

**CONTACTS**

Glancy Prongay & Murray LLP,
1925 Century Park East,
Suite 2100

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York, captioned *Salabaj v. StubHub Holdings, Inc., et al.,* Case No. 1:25-cv-09776, on behalf of persons and entities that purchased or otherwise acquired StubHub Holdings, Inc. ("StubHub" or the "Company") (NYSE: STUB) common stock pursuant and/or traceable to the registration statement and prospectus (collectively, the

"Registration Statement") issued in connection with the Company's September 2025 initial public offering ("IPO" or the "Offering"). Plaintiff pursues claims against the Defendants under the Securities Act of 1933 (the "Securities Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

**IF YOU SUFFERED A LOSS ON YOUR STUBHUB INVESTMENTS, CLICK HERE TO INQUIRE ABOUT POTENTIALLY PURSUING CLAIMS TO RECOVER YOUR LOSS UNDER THE FEDERAL SECURITIES LAWS.**

**What Happened?**

On September 17, 2025, StubHub conducted its IPO, selling approximately 34 million shares of Class A common stock at $23.50 per share.

On November 13, 2025, after the market closed, StubHub issued a press release announcing financial results for the third quarter 2025, which ended September 30, 2025. The press release revealed *free cash flow of negative $4.6 million in the quarter, a 143% decrease from the Company's free cash flow in the year ago period,* which was positive $10.6 million. The press release further revealed the Company's *net cash provided by operating activities was only $3.8 million, a 69.3% decrease from the year ago period,* where the Company reported $12.4 million in net cash provided by operating activities.

Los Angeles, CA 90067

**Charles Linehan**

Email:

shareholders@glancy...

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at:

www.glancylaw.com.

On the same date, the Company filed its Form 10-Q for the same quarterly period ended September 30, 2025, with the SEC. The quarterly report revealed that this year-over-year decrease *"primarily reflects changes in the timing of payments to vendors."*

**Share**      ...

volume.

By the commencement of this action, the Company's stock was trading as low as $10.31 per share, a nearly 56% decline from the $23.50 per share IPO price.

**What Is The Lawsuit About?**

The complaint filed in this class action alleges that Registration Statement was materially false and/or misleading, and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) the Company was experiencing changes in the timing of payments to vendors; (2) those changes had a significant adverse impact on free cash flow, including trailing 12 months ("TTM") free cash flow; (3) as a result, the Company's free cash flow reports were materially misleading; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

If you purchased or otherwise acquired StubHub common stock pursuant and/or traceable to the IPO, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff.

**Contact Us To Participate or Learn More:**

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us:

Charles Linehan, Esq.,
Glancy Prongay & Murray LLP,
1925 Century Park East, Suite 2100,
Los Angeles California 90067
Email: shareholders@glancylaw.com
Telephone: 310-201-9150,
Toll-Free: 888-773-9224
Visit our website at www.glancylaw.com.
Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

---

**Industry:**       Class Action Lawsuit     Professional Services    Legal

# More News From Glancy Prongay & Murray LLP

🔊 Get RSS Feed

**Deadline Alert: Primo Brands Corporation (PRMB) Shareholders Who Lost Money Urged To Contact**