# Exhibit 3

**StubHub Holdings, Inc. Section 11 Loss Chart - Paul Kuk**
**Losses Pursuant and/or traceable to the 9/17/2025 Offering**

| Name | Date Purchased | Shares | Price per Share | Purchase Value | Date Sold | Shares | Price per Share | Sale Value | Shares Retained | Value Retained (As of the Complaint Date) | Total Loss/Gain | Lookback Price $10.80 | Complaint Date 2025-11-24 | Purchases Capped at $23.50 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Paul Kuk | 9/17/2025 | 2919 | ($23.50) | ($68,596.50) | N/A | 0 | N/A | N/A | | | | | | |
| Total: | | 2919 | | ($68,596.50) | | | | $0.00 | 2919 | $31,525.20 | ($37,071.30) | | | |