**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL SALABAJ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> STUBHUB HOLDINGS, INC., ERIC H. BAKER, CONNIE JAMES, MARK STREAMS, SAMEER BHARGAVA, JEREMY LEVINE, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC., EVERCORE GROUP L.L.C., BMO CAPITAL MARKETS CORP., MIZUHO SECURITIES USA LLC, TD SECURITIES (USA) LLC, TRUIST SECURITIES, INC., NOMURA SECURITIES INTERNATIONAL, INC., WR SECURITIES, LLC, CITIZENS JMP SECURITIES, LLC, OPPENHEIMER & CO. INC., WEDBUSH SECURITIES INC., and PNC CAPITAL MARKETS LLC, <br><br> Defendants. | Case No. 1:25-cv-09776-JMF |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF ANTHONY MASTROGIOVANNI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF CO-LEAD COUNSEL</u>**

I, Gregory B. Linkh, hereby declare as follows:

1.      I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Anthony Mastrogiovanni ("Mastrogiovanni") and proposed Co-Lead Counsel for the class in the above-captioned action. I make this declaration in support of Anthony Mastrogiovanni's Motion for Appointment as Lead Plaintiff and Approval of Co-Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:      Press release published November 24, 2025 on *Business Wire* announcing the pendency of this securities class action;

Exhibit B:      Mastrogiovanni's Signed PSLRA Certification;

Exhibit C:      Analysis of Mastrogiovanni's financial interest;

Exhibit D:      Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E:      Firm Resume of Holzer & Holzer, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 23rd day of January 2026.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On January 23, 2026, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 23, 2026, at Brooklyn, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh