# EXHIBIT B

| Case Name | StubHub Holdings, Inc. |
|---|---|
| Ticker | STUB |
| IPO Date | 09/17/2025 |

| Client Name |
|---|
| Alex Gogh |

| § 11 Loss Calculation | |
|---|---|
| Total Shares Acquired | 10,200 |
| Total Shares Acquired (Disregarding Undamaged Shares) | 10200 |
| IPO Offer Price | $ 23.50 |
| Value of Shares at Acquisition* (Disregarding Undamaged Shares) | $ 226,702.00 |
| Close Date | 11/24/2025 |
| Closing Price | $ 12.01 |
| Estimated Value of Shares** | $ 122,226.00 |
| **Estimated Loss/(Gain)** | **$ 104,476.00** |

| Client Name | Estimated Gain / Loss |
|---|---|
| Alex Gogh | $ 104,476.00 |
| **Total** | **$ 104,476.00** |

* For purposes of this damage calculation, any retained shares purchased at a price higher than the offering price of $23.5 are valued at $23.5 per share. Any shares purchased for less than the offering price are valued at their purchase price.

** Pursuant to 15 U.S.C. § 77k(e), shares are valued at the (1) closing stock price on the date the initial federal complaint asserting claims under Section 11 - November 24, 2025 ($12.01), if shares are retained; (2) selling stock price if sold prior to the filing of the suit; or (3) price at which the stock was sold, after the filing of the initial federal complaint, but before judgment, if sold for more than the closing stock price on the date the federal complaint was filed.