**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL SALABAJ, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    v.<br><br>STUBHUB HOLDINGS, INC, ERIC H. BAKER, CONNIE JAMES, MARK STREAMS, SAMEER BHARGAVA, JEREMY LEVINE, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC., EVERCORE GROUP L.L.C., BMO CAPITAL MARKETS CORP., MIZUHO SECURITIES USA LLC, TD SECURITIES (USA) LLC, TRUIST SECURITIES, INC., NOMURA SECURITIES INTERNATIONAL, INC., WR SECURITIES, LLC, CITIZENS JMP SECURITIES, LLC, OPPENHEIMER & CO. INC., WEDBUSH SECURITIES INC., and PNC CAPITAL MARKETS LLC,<br><br>                Defendants. | Case No. 1:25-cv-09776-JMF<br><br>**[PROPOSED] ORDER GRANTING MOTION TO APPOINT STEVEN ESKENAZI AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL** |

WHEREAS, the Court has considered the motion of Steven Eskenazi ("Movant") for entry of an Order: (1) appointing Movant as Lead Plaintiff on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired StubHub Holdings, Inc. ("StubHub") common stock pursuant and/or traceable to the Registration Statement and Prospectus issued in connection with StubHub's September 2025 initial public offering; (2) approving Movant's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the class; and (3) granting such other and further relief as the Court may deem just and proper, and with good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.      Class member Steven Eskenazi is appointed to serve as Lead Plaintiff in the above-captioned action pursuant to Section 21D(a)(3)(B) of the Securities Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

2.      Lead Plaintiff's selection of Lead Counsel is approved. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Hagens Berman is approved as Lead Counsel for the Class in the action.

3.      Lead Counsel shall have authority to speak for the Lead Plaintiff in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive efforts.

4.      Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of the Lead Plaintiff and for the dissemination of notices and orders of this Court. No motion, request for discovery or other pretrial proceedings shall be initiated or filed by the Lead Plaintiff except through Lead Counsel.

5.      Lead Counsel shall also be available and responsible for communications to and from this Court.

6.      Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly-authorized representatives of Lead Plaintiff, and such agreements shall be binding on Lead Plaintiff.

IT IS SO ORDERED.

Dated: _____                _____
                                               HON. JESSE M. FURMAN
                                               UNITED STATES DISTRICT JUDGE