# Exhibit B

**Loss Analysis for Steven Eskenazi - StubHub Holdings, Inc. (STUB)**
**Section 11(e) Statutory Damages (LIFO)**
**Pursuant and/or traceable to the Registration Statement and Prospectus issued in connection with StubHub's September 2025 IPO**

| | |
|---|---|
| Offering Price (POP) | $23.50 |
| Suit Filing Date | 11/24/2025 |
| Value on Suit Date (V_suit) — e.g., close | $12.01 |

| Date Purchased | #Shares | Share Price | Amount Paid | Date Sold | #Shares | Share Price | Amount Received |
|---|---|---|---|---|---|---|---|
| 09/19/2025 | 10000 | $19.49 | $194,900.00 | | | | |
| 09/19/2025 | 5000 | $19.58 | $97,900.00 | | | | |
| 09/19/2025 | 5000 | $19.34 | $96,700.00 | | | | |
| 09/29/2025 | 4900 | $17.07 | $83,643.00 | | | | |
| 09/29/2025 | 100 | $17.13 | $1,713.00 | | | | |
| | **25000** | | **$474,856.00** | | | | |

**Remaining (held) damages by purchase lot**

| RevBuy# | Remaining Shares | Lesser of Offering Price or Amount Paid (CapPaid) | Per-Share Dam (CapPaid - V_suit, floored at 0) | Damages |
|---|---|---|---|---|
| 5 | 10000 | 19.49 | 7.48 | $74,800.00 |
| 4 | 5000 | 19.58 | 7.57 | $37,850.00 |
| 3 | 5000 | 19.34 | 7.33 | $36,650.00 |
| 2 | 4900 | 17.07 | 5.06 | $24,794.00 |
| 1 | 100 | 17.13 | 5.12 | $512.00 |
| | **25000** | | | **$174,606.00** |

## Summary

| | |
|---|---|
| Total Matched Sold Shares | 0 |
| Total Buy Shares (eligible) | 25000 |
| Total Sell Shares (eligible) | 0 |
| Unmatched/Remaining Shares (held) | 25000 |
| | |
| Total Damages on Sold Shares | **$0.00** |
| Total Damages on Remaining (Held at Suit) | **$174,606.00** |
| | |
| **TOTAL STATUTORY DAMAGES** | **$174,606.00** |