UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL SALABAJ, Individually and on Behalf of all others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STUBHUB HOLDINGS, INC., ERIC H. BAKER, CONNIE JAMES, MARK STREAMS, SAMEER BHARGAVA, JEREMY LEVINE, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC., EVERCORE GROUP L.L.C., BMO CAPITAL MARKETS CORP., MIZUHO SECURITIES USA LLC, TD SECURITIES (USA) LLC, TRUIST SECURITIES, INC., NOMURA SECURITIES INTERNATIONAL, INC., WR SECURITIES, LLC, CITIZENS JMP SECURITIES, LLC, OPPENHEIMER & CO. INC., WEDBUSH SECURITIES INC., and PNC CAPITAL MARKETS LLC,<br><br>Defendants. | Case No.  1:25-cv-09776-JMF [rel. 1:25-cv-10208-JMF] |

DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION
OF ARIEL KARTEN FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, J. Alexander Hood II, hereby declare as follows:

1.      I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Ariel Karten ("Karten"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Karten's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:     Chart setting forth Karten's financial interest in this litigation;

Exhibit B:     Shareholder Certification executed by Karten;

Exhibit C:     Declaration executed by Karten; and

Exhibit D:     Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 23, 2026.

/s/ J. Alexander Hood II
J. Alexander Hood II

1