**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL SALABAJ, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>STUBHUB HOLDINGS, INC., ERIC H. BAKER, CONNIE JAMES, MARK STREAMS, SAMEER BHARGAVA, JEREMY LEVINE, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC., EVERCORE GROUP L.L.C., BMO CAPITAL MARKETS CORP., MIZUHO SECURITIES USA LLC, TD SECURITIES (USA) LLC, TRUIST SECURITIES, INC., NOMURA SECURITIES INTERNATIONAL, INC. WR SECURITIES, LLC, CITIZENS JMP SECURITIES, LLC, OPPENHEIMER & CO. INC., WEDBUSH SECURITIES INC., and PNC CAPITAL MARKETS LLC,<br><br>                              Defendants. | Case No.: 1:25-cv-09776 (JMF)<br><br>CLASS ACTION |

**NOTICE OF MOTION OF EDWARD LIU FOR APPOINTMENT AS LEAD PLAINTIFF**
**AND APPROVAL OF SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that, on February 12, 2026 at 3:00 p.m. or as soon thereafter as the matter can be heard by the Honorable Jesse M. Furman via telephone conference, as set by the Court's Order dated December 1, 2025 (*see* ECF No. 7) (the "Scheduling Order"), Edward Liu ("Movant"), by and through his counsel, respectfully moves this Court, pursuant to Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, ("PSLRA"), for an entry of an Order: (i) appointing Edward Liu as Lead Plaintiff in the above-captioned action; and (ii) approving his selection of Kirby McInerney LLP as Lead Counsel for the Lead Plaintiff and the proposed class.

Pursuant to the Scheduling Order, any papers in opposition to this motion are due on or before February 4, 2026.

The grounds for this Motion are set forth in the Memorandum of Law in Support of Edward Liu's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel filed contemporaneously herewith.

1

Dated: January 23, 2026

By: */s/ Thomas W. Elrod*
Thomas W. Elrod
Andrew M. McNeela
Ira M. Press
Lauren K. Molinaro
**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
Email: telrod@kmllp.com
      amcneela@kmllp.com
      ipress@kmllp.com
      lmolinaro@kmllp.com

*Counsel for Lead Plaintiff Movant Edward Liu and
Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Thomas W. Elrod*
Thomas W. Elrod