**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL SALABAJ, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>   v.<br><br>STUBHUB HOLDINGS, INC., ERIC H. BAKER, CONNIE JAMES, MARK STREAMS, SAMEER BHARGAVA, JEREMY LEVINE, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC., EVERCORE GROUP L.L.C., BMO CAPITAL MARKETS CORP., MIZUHO SECURITIES USA LLC, TD SECURITIES (USA) LLC, TRUIST SECURITIES, INC., NOMURA SECURITIES INTERNATIONAL, INC. WR SECURITIES, LLC, CITIZENS JMP SECURITIES, LLC, OPPENHEIMER & CO. INC., WEDBUSH SECURITIES INC., and PNC CAPITAL MARKETS LLC,<br><br>                    Defendants. | Case No.: 1:25-cv-09776 (JMF)<br><br>CLASS ACTION |

**[PROPOSED ORDER] GRANTING EDWARD LIU'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

The Court, having considered Edward Liu's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), and good cause appearing therefor, ORDERS as follows:

1.      The Motion is GRANTED.

2.      The Court, having considered the provisions of Section 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, hereby determines that Edward Liu is appointed as Lead Plaintiff.

3.      Lead Plaintiff's selection of Lead Counsel is approved.  Pursuant to Section 27(a)(3)(B)(v) of the Securities Act, the law firm of Kirby McInerney LLP is approved as Lead Counsel for Lead Plaintiff and the proposed class.

IT IS SO ORDERED.


DATED: _____          _____
                                HON. JESSE M. FURMAN
                                U.S. DISTRICT JUDGE

1