**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL SALABAJ, Individually and on Behalf of All Others Similarly Situated, <br><br>            Plaintiff, <br><br>    v. <br><br> STUBHUB HOLDINGS, INC., ERIC H. BAKER, CONNIE JAMES, MARK STREAMS, SAMEER BHARGAVA, JEREMY LEVINE, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC., EVERCORE GROUP L.L.C., BMO CAPITAL MARKETS CORP., MIZUHO SECURITIES USA LLC, TD SECURITIES (USA) LLC, TRUIST SECURITIES, INC., NOMURA SECURITIES INTERNATIONAL, INC. WR SECURITIES, LLC, CITIZENS JMP SECURITIES, LLC, OPPENHEIMER & CO. INC., WEDBUSH SECURITIES INC., and PNC CAPITAL MARKETS LLC, <br><br>            Defendants. | Case No.: 1:25-cv-09776 (JMF) <br><br> CLASS ACTION |

**DECLARATION OF THOMAS W. ELROD IN SUPPORT OF EDWARD LIU'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Thomas W. Elrod, Esq. declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a Partner of the law firm of Kirby McInerney LLP, counsel for proposed Lead Plaintiff Edward Liu.  I submit this declaration in support of Edward Liu's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel in the above-captioned action.  I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published on *Business Wire*, a national business-oriented wire service, on November 24, 2025;

Exhibit B:    Certification of Edward Liu;

Exhibit C:    Table of the calculated losses incurred by Edward Liu as a result of transactions in StubHub Holdings, Inc. securities; and

Exhibit D:    Firm résumé of Kirby McInerney LLP.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 23rd day of January 2026, at New York, New York.

*/s/ Thomas W. Elrod*
Thomas W. Elrod

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Thomas W. Elrod
Thomas W. Elrod

2