# EXHIBIT B

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Edward Liu, hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the facts and allegations of a complaint filed in this action and I authorize the filing of a motion for appointment as lead plaintiff in this action on my behalf.

2. I did not purchase the StubHub, Inc. ("StubHub") securities that are subject of this action at the direction of counsel, or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Schedule A below sets forth all of my transactions in StubHub securities during the relevant period set forth in the complaint in this action.

5. I have not served, or sought to serve, as a representative party on behalf of a class in any federal securities actions commenced in the three (3) years prior to the date of this certification.

6. I have not accepted and will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: December 9 , 2025

Edward Liu (Dec 9, 2025 21:30:34 GMT+8)

Edward Liu

## SCHEDULE A

**Edward Liu's Transactions in StubHub Securities
During the Relevant Period 09/14/25 – 11/24/25**

| Date | Transaction Type | Quantity | Price |
|---|---|---|---|
| 09/17/2025 | Purchase | 38,953 | $23.48 |

3

# Liu Certification - StubHub (2025.12.03)

Final Audit Report                                                                 2025-12-09

| | |
|---|---|
| Created: | 2025-12-08 |
| By: | Lauren Molinaro (lmolinaro@kmllp.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAkKPkr8T_WCqkpTZLkKaNfjQOGJW52Czn |

## "Liu Certification - StubHub (2025.12.03)" History

Document created by Lauren Molinaro (lmolinaro@kmllp.com)
2025-12-08 - 10:16:00 PM GMT

Document emailed to Edward Liu (rcc.eliu@gmail.com) for signature
2025-12-08 - 10:16:04 PM GMT

Email viewed by Edward Liu (rcc.eliu@gmail.com)
2025-12-09 - 1:29:36 PM GMT

Document e-signed by Edward Liu (rcc.eliu@gmail.com)
Signature Date: 2025-12-09 - 1:30:34 PM GMT - Time Source: server

Agreement completed.
2025-12-09 - 1:30:34 PM GMT

Adobe Acrobat Sign