# EXHIBIT C

| Edward Liu's Loss Calculation in StubHub Holdings, Inc.<br>Relevant Period: September 14, 2025 (IPO) - November 24, 2025 (Suit Commencement) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Relevant Period Shares Purchased | Purchase Expenditures | Shares Sold Before Corrective Disclosure | Shares Sold Before Suit Filed | Proceeds from Sales | Value of Retained Shares On Date Suit Was Filed | Section 11 Statutory Damages[1] | Damages From Corrective Disclosure[2] |
| 38,953 | $914,616.44 | 0 | 0 | $0.00 | $467,825.53 | $446,790.91 | $153,864.35 |

1) Pursuant to Section 11, 15 U.S.C. § 77k(e), damages are calculated as the difference of 1) the lesser of the purchase price ($23.48) and the price at which shares were offered in the IPO ($23.50), and 2) the greater of a) the closing price of the shares on the day of the Suit ($12.01), b) the price at which shares were sold if sold before the Suit was filed (not applicable), or c) the price at which shares were sold if sold after the Suit was filed but before Judgment (not applicable). This difference is multiplied by the number of relevant shares (38,953). All of Mr. Liu's purchases were made on September 17, 2025 at a price of $23.48 and no shares were sold.

2) The Complaint alleges a Corrective Disclosure after market hours on November 13, 2025, pursuant to which the share price declined $3.95, from $18.82, the closing price on November 13, 2025, to $14.87, the closing price on November 14, 2025. Damages from the Corrective Disclosure are calculated as the difference of 1) the lesser of the shares' purchase price ($23.48) and the closing price immediately prior to the Corrective Disclosure ($18.82), and 2) the higher of the sale price (not applicable) and the closing price immediately following the Corrective Disclosure ($14.87). This difference is multiplied by the number of shares purchased prior to the Corrective Disclosure and still held at the time of the Corrective Disclosure (38,953).