UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

DANIEL SALABAJ, Individually and on
Behalf of All Others Similarly Situated,

　　　　　　　　　　Plaintiff,

　　vs.

STUBHUB HOLDINGS, INC., ERIC H.
BAKER, CONNIE JAMES, MARK
STREAMS, SAMEER BHARGAVA,
JEREMY LEVINE, J.P. MORGAN
SECURITIES LLC, GOLDMAN SACHS &
CO. LLC, BOFA SECURITIES, INC.,
EVERCORE GROUP L.L.C., BMO CAPITAL
MARKETS CORP., MIZUHO SECURITIES
USA LLC, TD SECURITIES (USA) LLC,
TRUIST SECURITIES, INC., NOMURA
SECURITIES INTERNATIONAL, INC., WR
SECURITIES, LLC, CITIZENS JMP
SECURITIES, LLC, OPPENHEIMER & CO.
INC., WEDBUSH SECURITIES INC., and
PNC CAPITAL MARKETS LLC,

　　　　　　　　　　Defendants.

———————————————————— x

: Civil Action No. 1:25-cv-09776-JMF
:
: CLASS ACTION
:
:
: DECLARATION OF DAVID A.
: ROSENFELD IN SUPPORT OF MOTION
: FOR APPOINTMENT AS LEAD
: PLAINTIFF AND APPROVAL OF LEAD
: PLAINTIFF'S SELECTION OF LEAD
: COUNSEL

4921-2504-1034.v1

I, DAVID A. ROSENFELD, declare as follows:

1.    I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff movant Tushar Bajaj and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of Mr. Bajaj's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published on *Business Wire,* a national business-oriented wire service, on November 24, 2025;

Exhibit B:    Mr. Bajaj's Sworn Certification;

Exhibit C:    Chart of Mr. Bajaj's estimated losses, prepared by counsel; and

Exhibit D:    Mr. Bajaj's Declaration

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 23rd day of January, 2026.

_____
*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

- 1 -

4921-2504-1034.v1