# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Tushar Bajaj** | 09/17/2025 | 5,000 | $22.38 | $111,883.00 | held | 10,000 | $12.01 | $120,100.00 | |
| | 09/24/2025 | 5,000 | $19.47 | $97,325.00 | | | | | |
| **Movant's Total** | | **10,000** | | **$209,208.00** | | **10,000** | | **$120,100.00** | **($89,108.00)** |

\*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the date of complaint filed.
 The price used is $12.01 as of November 24, 2025.

Prices listed are rounded up to two decimal places.