UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL SALABAJ, Individually and on Behalf of all others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STUBHUB HOLDINGS, INC., ERIC H. BAKER, CONNIE JAMES, MARK STREAMS, SAMEER BHARGAVA, JEREMY LEVINE, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC., EVERCORE GROUP L.L.C., BMO CAPITAL MARKETS CORP., MIZUHO SECURITIES USA LLC, TD SECURITIES (USA) LLC, TRUIST SECURITIES, INC., NOMURA SECURITIES INTERNATIONAL, INC., WR SECURITIES, LLC, CITIZENS JMP SECURITIES, LLC, OPPENHEIMER & CO. INC., WEDBUSH SECURITIES INC., and PNC CAPITAL MARKETS LLC,<br><br>Defendants. | Case No. 1:25-cv-09776-JMF [rel. 1:25-cv-10208-JMF] |

NOTICE OF WITHDRAWAL OF MOTION OF ARIEL KARTEN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

On January 23, 2026, Ariel Karten ("Karten") filed a motion pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing Karten as Lead Plaintiff on behalf of a class (the "Class") consisting of persons and entities that purchased or otherwise acquired StubHub Holdings, Inc. ("StubHub") common stock pursuant and/or traceable to the registration statement and prospectus issued in connection with StubHub's September 2025 initial public offering; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class (the "Lead Plaintiff Motion") (Dkt. No. 41).

Karten hereby withdraws his Lead Plaintiff Motion.  This notice of withdrawal shall have no impact on Karten's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated:  January 27, 2026

Respectfully submitted,

POMERANTZ LLP

*/s/ J. Alexander Hood II*
J. Alexander Hood II
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
ahood@pomlaw.com
jalieberman@pomlaw.com

LONGMAN LAW, P.C.
Howard T. Longman
354 Eisenhower Parkway, Suite 1800
Livingston, N.J. 07039
Telephone: (973) 994-2315
Facsimile: (973) 994-2319
Hlongman@longman.law

*Counsel for Ariel Karten*

1