**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Paul Kuk*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL SALABAJ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STUBHUB HOLDINGS, INC., et al.,<br><br>Defendants. | **Case No. 1:25-cv-09776-JMF**<br><br>**NOTICE OF NON-OPPOSITION BY PAUL KUK TO COMPETING LEAD PLAINTIFF MOTIONS**<br><br>**CLASS ACTION** |

On January 23, 2026, Paul Kuk ("Movant"), pursuant to the Securities Act of 1933, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), filed a motion for entry of an order: (1) appointing Movant as Lead Plaintiff; and (2) approving Movant's selection of counsel. Dkt. No. 33.

Having reviewed the competing motions filed in this action, Movant does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA. As such, Movant does not oppose the remaining motions for Lead Plaintiff.

Movant remains able and willing to serve as Lead Plaintiff or class representative in this litigation should the need arise. This notice of non-opposition shall have no impact on Movant's

1

membership in the proposed class, Movant's right to share in any recovery obtained for the benefit

of class members, or Movant's ability to serve as a representative party.


Dated: February 4, 2026                    Respectfully submitted,

                                           **THE ROSEN LAW FIRM, P.A.**

                                           */s/ Phillip Kim*
                                           Phillip Kim, Esq.
                                           Laurence M. Rosen, Esq.
                                           275 Madison Avenue, 40th Floor
                                           New York, New York 10016
                                           Telephone: (212) 686-1060
                                           Fax: (212) 202-3827
                                           Email: philkim@rosenlegal.com
                                           Email: lrosen@rosenlegal.com

                                           *Counsel for Paul Kuk*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 4, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


*/s/ Phillip Kim*
Phillip Kim