UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| DANIEL SALABAJ, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:25-cv-09776-JMF |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | TUSHAR BAJAJ'S NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFF MOTIONS |
| STUBHUB HOLDINGS, INC., ERIC H. BAKER, CONNIE JAMES, MARK STREAMS, SAMEER BHARGAVA, JEREMY LEVINE, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC., EVERCORE GROUP L.L.C., BMO CAPITAL MARKETS CORP., MIZUHO SECURITIES USA LLC, TD SECURITIES (USA) LLC, TRUIST SECURITIES, INC., NOMURA SECURITIES INTERNATIONAL, INC., WR SECURITIES, LLC, CITIZENS JMP SECURITIES, LLC, OPPENHEIMER & CO. INC., WEDBUSH SECURITIES INC., and PNC CAPITAL MARKETS LLC, |  |
| Defendants. |  |

---

4920-2982-7725.v1

On January 23, 2026, Tushar Bajaj filed a motion for appointment as lead plaintiff and approval of lead plaintiff's selection of lead counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  *See* ECF 49.  Mr. Bajaj has reviewed the competing lead plaintiff motions pending before the Court and has determined that while he has a significant financial interest in this action within the meaning of the PSLRA, Edward Liu claims the largest financial interest and appears to satisfy Rule 23's requirements.  *See* 15 U.S.C. §78u-4(a)(3)(B)(iii)(I)(bb); ECF 45-47.  Nevertheless, Mr. Bajaj remains ready, willing, and able to serve as lead plaintiff should the Court decline to appoint the remaining movants seeking appointment as lead plaintiff.

DATED:  February 4, 2026

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JUAN CARLOS SANCHEZ
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

- 1 -