**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL SALABAJ, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>   v.<br><br>STUBHUB HOLDINGS, INC., ERIC H. BAKER, CONNIE JAMES, MARK STREAMS, SAMEER BHARGAVA, JEREMY LEVINE, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC., EVERCORE GROUP L.L.C., BMO CAPITAL MARKETS CORP., MIZUHO SECURITIES USA LLC, TD SECURITIES (USA) LLC, TRUIST SECURITIES, INC., NOMURA SECURITIES INTERNATIONAL, INC. WR SECURITIES, LLC, CITIZENS JMP SECURITIES, LLC, OPPENHEIMER & CO. INC., WEDBUSH SECURITIES INC., and PNC CAPITAL MARKETS LLC,<br><br>               Defendants. | Case No. 1:25-cv-09776 (JMF)<br><br>CLASS ACTION |

**DECLARATION OF ANDREW M. McNEELA IN SUPPORT OF PROPOSED LEAD PLAINTIFF EDWARD LIU'S MEMORANDUM OF LAW IN OPPOSITION TO THE COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF <u>AND APPROVAL OF LEAD COUNSEL</u>**

I, ANDREW M. McNEELA, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am a Partner of the law firm of Kirby McInerney LLP, counsel for proposed Lead Plaintiff Edward Liu. I submit this declaration in support of Edward Liu's Memorandum of Law in Opposition to the Competing Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of the Declaration of Edward Liu in Further Support of Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, dated January 30, 2026.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 4th day of February 2026, at New York, New York.

*/s/ Andrew M. McNeela*
Andrew M. McNeela