# Exhibit A

**DECLARATION OF EDWARD LIU IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

EDWARD LIU, under penalty of perjury and under the laws of the United States of America declares as follows:

1. I respectfully submit this declaration in further support of my motion for appointment as Lead Plaintiff and selection of the law firm of Kirby McInerney LLP ("Kirby McInerney") as Lead Counsel in the instant class action on behalf of investors in the securities of StubHub Holdings, Inc. ("StubHub" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). I have personal knowledge about the information in this declaration relating to myself.

2. I am a resident of La Jolla, California. I am 58 years old. I hold a Bachelor of Arts degree from the University of Wisconsin. I am employed in sales at Neptune Foods. I have been investing in the securities markets for approximately 20 years.

3. I invested in StubHub securities based on my personal research of the Company and other ticketing marketplace and entertainment corporations. I did not rely on an investment advisor. I purchased StubHub securities in a self-directed account.

4. Following the filing of this lawsuit, I investigated my options as an investor in StubHub securities. After considering my options, I retained the law firm of Kirby McInerney LLP ("Kirby McInerney" or the "Firm") on December 9, 2025 to represent me in connection with this litigation. Prior to retaining Kirby McInerney, I discussed with attorneys from the Firm how securities class actions are litigated pursuant to the PSLRA. Based on that discussion, I am informed of the duties of the lead plaintiff and the role of lead counsel.

5. Specifically, I am aware that, if the Court were to appoint me as lead plaintiff, I would be responsible for overseeing counsel so in part by working with counsel to obtain the best

1

possible recovery for the Class in an efficient manner. I understand that one of my primary responsibilities will be overseeing lead counsel. I also would be responsible for reviewing and authorizing the filing of important documents in the case, attending important court hearings if my attendance is requested or required by the Court, participating in settlement discussions, attending trial, if necessary, and authorizing proposed settlement(s) on behalf of the class. I am willing to perform all of these duties on behalf of the class members. I understand that the lead plaintiff's share of any recovery is the same as every other potential class member. As my PSLRA Certification states, I will not accept any payment for serving as a representative party beyond my pro-rata share, except for reimbursement of any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

6.      On January 23, 2026, I filed a motion seeking appointment as lead plaintiff and the appointment of Kirby McInerney as lead counsel. Based on my counsel's review of the six competing lead plaintiff motions, I understand that my reported losses exceeded those of the competing movants.

7.      I believe that the Court should appoint me as lead plaintiff because I am an experienced investor with a significant financial interest in the outcome of the litigation and I have the capability and competency to oversee this litigation to a successful conclusion.

8.      I am capable of actively participating in this Action and am committed to doing so in part by working with counsel to obtain the best possible recovery for the Class in an efficient manner. I understand that one of my primary responsibilities will be overseeing lead counsel to ensure that the litigation is handled efficiently and zealously, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  January __30__ , 2026

Edward Liu (Jan 30, 2026 22:13:48 GMT+8)

Edward Liu

3