**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL SALABAJ, Individually and on Behalf of All Others Similarly Situated, <br><br>                    Plaintiff, <br><br>     v. <br><br> STUBHUB HOLDINGS, INC, ERIC H. BAKER, CONNIE JAMES, MARK STREAMS, SAMEER BHARGAVA, JEREMY LEVINE, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC., EVERCORE GROUP L.L.C., BMO CAPITAL MARKETS CORP., MIZUHO SECURITIES USA LLC, TD SECURITIES (USA) LLC, TRUIST SECURITIES, INC., NOMURA SECURITIES INTERNATIONAL, INC., WR SECURITIES, LLC, CITIZENS JMP SECURITIES, LLC, OPPENHEIMER & CO. INC., WEDBUSH SECURITIES INC., and PNC CAPITAL MARKETS LLC, <br><br>                    Defendants. | Case No. 1:25-cv-09776-JMF <br><br> **NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS TO APPOINT LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL** |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

The PSLRA creates a presumption that the "most adequate plaintiff" for the purposes of these motions is the person or group that has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(B)(iii)(I). Here, "the relief sought by the class" consists of recovery for investment losses suffered as a result of transactions in connection with StubHub Holdings, Inc.'s ("StubHub" or the "Company") September 2025 initial public offering ("IPO" or the "Offering").

Movant Steven Eskenazi ("Movant") applied for appointment as lead plaintiff on January 23, 2026, stating that he suffered losses of $174,606. Competing motions were filed, and based on a review of those motions and the responses filed in support thereof, it appears that one competing applicant, movant Liu, claims a larger claimed financial interest in this litigation than Movant and has made a *prima facie* showing of his adequacy and typicality.

By this notice, Movant does not waive his right to participate and recover as a class member. Movant also remains ready, willing, and able to serve as lead plaintiff or a class representative if the need arises.

DATED: February 4, 2026                    Respectfully Submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By ___*/s/ Nathaniel A. Tarnor*_____
        NATHANIEL A. TARNOR

594 Dean Street, Suite 8
Brooklyn, NY 11238
Telephone: (212) 752-5455
Facsimile:  (917) 210-3980
nathant@hbsslaw.com

Lucas E. Gilmore (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202

- 1 -

Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
lucasg@hbsslaw.com

*Counsel for [Proposed] Lead Plaintiff Steven Eskenazi*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Nathaniel A. Tarnor*
NATHANIEL A. TARNOR