UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                              :

EDWARD LIU, *individually and on behalf of all others*  :
*similarly situated*,

                                     :         25-CV-9776 (JMF)

                Plaintiffs,      :

                -v-              :         ORDER APPOINTING
                               :     LEAD PLAINTIFF AND
STUBHUB HOLDINGS, INC. et al.,      :       LEAD COUNSEL

               Defendants.     :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On January 23, 2026, seven movants filed motions for appointment as lead plaintiff and approval of lead counsel pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* ECF Nos. 31, 33, 34, 38, 41, 45, 49. Since that time, six of the seven movants have either withdrawn their motions or filed notices of "non-opposition. *See* ECF Nos. 53-57, 61. The last movant standing is Edward Liu, *see* ECF No. 45, whose motion is GRANTED, substantially for the reasons set forth in his memoranda of law, *see* ECF Nos. 46, 59.

Accordingly, the Court ORDERS as follows:

1. Liu is appointed as Lead Plaintiff.

2. Kirby McInerney LLP, Lead Plaintiff's choice for Lead Counsel, is hereby appointed as Lead Counsel.

3. Unless and until the Court orders otherwise, Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom lead counsel shall designate:

    a. to coordinate the briefing and argument of motions;

    b. to coordinate discovery;

    c. to coordinate the examination of witnesses in depositions;

    d. to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

    e. to call meetings of Plaintiffs' counsel as they deem necessary and appropriate from time to time;

    f.   to coordinate all settlement negotiations with counsel for Defendants;

    g.   to coordinate and direct pretrial discovery proceedings and preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

    h.   to supervise any other matters concerning the prosecution, resolution or settlement of the action.

4.   No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any Plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of Lead Counsel.

5.   Counsel in any related action that is consolidated with this Action shall be bound by this organization of Plaintiffs' counsel.

6.   Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

7.   Lead Counsel shall be the contact between Plaintiffs' counsel and shall direct and coordinate the activities of Plaintiffs' counsel.

**In light of the foregoing, the conference previously scheduled for February 12, 2026, is CANCELED**.  Pursuant to the Court's Order of January 5, 2026, *see* ECF No. 25, Lead Counsel and Defendants shall, **within fourteen days of the date of this Order**, confer and file a stipulation and proposed order setting forth the parties' proposed schedule for the filing of an amended or consolidated complaint or the designation of an existing complaint as the operative complaint and the filing of an answer or motion to dismiss.

The Clerk of Court is directed to update the docket to reflect the appointment of Edward Liu as Lead Plaintiff, to conform the docket to the caption of this Order, and to terminate ECF Nos. 31, 33, 34, 38, 41, 45, and 49.

SO ORDERED.

Dated: February 5, 2026
      New York, New York

                                JESSE M. FURMAN
                           United States District Judge

2