UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                    :

DANIEL SALABAJ, *individually and on behalf of all*   :
*other similarly situated*,   :

                    :        25-CV-9776 (JMF)

           Plaintiffs,   :

     -v-   :

STUBHUB HOLDINGS, INC. et al.,   :

           Defendants.   :

-------------------------------------------------------------------X
  :

KEVIN JUNCO, *derivatively on behalf of Stubhub*   :
*Holdings, Inc.*,   :        25-CV-10208 (JMF)

           Plaintiff,   :

     -v-   :

ERIC H. BAKER et al.,   :

           Defendants.   :

-------------------------------------------------------------------X
  :

SETH COHEN, *derivatively on behalf of Stubhub*   :
*Holdings, Inc.*,   :        25-CV-10445 (JMF)

           Plaintiff,   :

     -v-   :

ERIC H. BAKER et al.,   :

           Defendants.   :

-------------------------------------------------------------------X

YE CHEN, *derivatively on behalf of Stubhub Holdings, Inc.*,

          Plaintiff,

       -v-

ERIC H. BAKER et al.,

          Defendants.

-----------------------------------------------------------------------X

:      26-CV-2986 (JMF)

:      ORDER

JESSE M. FURMAN, United States District Judge:

On April 10, 2026, Plaintiff Ye Chen filed a shareholder derivative complaint against StubHub in 26-CV-2986. The Court accepted the case as related to *Salabaj v. Stubhub*, 25-CV-9776 — and by extension to *Junco v. Baker* and *Cohen v. Baker*, the shareholder derivative cases. The case and the shareholder derivative actions appear to involve common questions of law and fact. Accordingly, the Court is inclined to consolidate the new case with the shareholder derivative cases. **Any objection to such consolidation shall be filed by April 23, 2026.** Absent objection by that date, the Court will consolidate the cases without further notice.

      SO ORDERED.

Dated: April 16, 2026
      New York, New York

                           JESSE M. FURMAN
                        United States District Judge