UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
EDWARD LIU, *individually and on behalf of all other*          :
*similarly situated*,                                          :
:                    25-CV-9776 (JMF)
                                  Plaintiffs,                  :
:
           -v-                                                :
:
STUBHUB HOLDINGS, INC. et al.,                                :
:
                                  Defendants.                 :
:
------------------------------------------------------------------------X
:
:
KEVIN JUNCO, *derivatively on behalf of Stubhub*              :
*Holdings, Inc.*,                                             :                    25-CV-10208 (JMF)
:
                                  Plaintiff,                  :
:
           -v-                                                :
:
ERIC H. BAKER et al.,                                        :
:
                                  Defendants.                 :
:
------------------------------------------------------------------------X
:
SETH COHEN, *derivatively on behalf of Stubhub*              :
*Holdings, Inc.*,                                             :                    25-CV-10445 (JMF)
:
                                  Plaintiff,                  :
:
           -v-                                                :
:
ERIC H. BAKER et al.,                                        :
:
                                  Defendants.                 :
:
------------------------------------------------------------------------X

YE CHEN, *derivatively on behalf of Stubhub Holdings, Inc.*,

               Plaintiff,

      -v-

ERIC H. BAKER et al.,

              Defendants.

-----------------------------------------------------------------------X

:
:
:       26-CV-2986 (JMF)
:
:
:       <u>ORDER</u>
:
:
:
:
:

JESSE M. FURMAN, United States District Judge:

On June 5, 2026, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Although Plaintiff has already amended the complaint once as a matter of course, ECF No. 66, because leave to amend should be "freely" granted "when justice so requires," the Court grants Plaintiff leave to amend to address the issues raised in the motion to dismiss. Fed. R. Civ. P. 15(a)(2).

Accordingly, it is hereby ORDERED that, notwithstanding the briefing schedule adopted on February 24, 2026, ECF No. 64, Plaintiffs shall file any amended complaint by **June 26, 2026**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. If Defendants files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants files a new motion to dismiss or indicates that it relies on its previously filed motion to dismiss, any opposition shall be filed within **sixty days**, and any reply shall be filed within **thirty days** of any opposition.

If no amended complaint is filed, the existing briefing schedule shall remain in effect, pursuant to which Plaintiff shall file any opposition to the motion to dismiss by **August 4, 2026**, and Defendant shall file any reply by **September 3, 2026.** *See* ECF No. 64.

SO ORDERED.

Dated: June 9, 2026
    New York, New York

                    JESSE M. FURMAN
                United States District Judge