**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDWARD LIU, Individually and on Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>STUBHUB HOLDINGS, INC., *et al.*,<br><br>Defendants. | Case No. 1:25-cv-09776-JMF<br><br>[rel. Case No. 25-cv-10208-JMF]<br><br>[rel. Case No. 25-cv-10445-JMF]<br><br>[rel. Case No. 26-cv-2986-JMF] |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law; the Declaration of Alexander L. Mills, and exhibits thereto; and upon all prior papers and proceedings herein, Defendants, through their undersigned counsel, hereby move this Court before the Honorable Jesse M. Furman, in Courtroom 24B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, for an order dismissing with prejudice the Second Amended Complaint (ECF No. 78) pursuant to Federal Rule of Civil Procedure 12(b)(6) and, as to Defendants SoFi Securities LLC and Robinhood Financial, LLC, Federal Rule of Civil Procedure 12(b)(1).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the orders entered in this action on June 10 and July 16, 2026 (ECF Nos. 77, 92), any responsive papers are due on September 29, 2026, and any replies are due on October 29, 2026.

Dated: July 31, 2026
New York, New York

Respectfully submitted,
**LATHAM & WATKINS LLP**

/s/ Jeff G. Hammel
Jeff G. Hammel
Jason C. Hegt
Alexander L. Mills
Chengliang (Larry) Hong
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
jeff.hammel@lw.com
jason.hegt@lw.com
alexander.mills@lw.com
larry.hong@lw.com

*Attorneys for StubHub Holdings, Inc., Eric H. Baker, Connie James, Mark Streams, Sameer Bhargava, and Jeremy Levine*

**ALLEN OVERY SHEARMAN STERLING US LLP**

/s/ Daniel Lewis*
Daniel Lewis
Daniel Kahn
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4000
daniel.lewis@aoshearman.com
daniel.kahn@aoshearman.com

*Counsel for J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC, BofA Securities, Inc., Evercore Group L.L.C., BMO Capital Markets Corp., Mizuho Securities USA LLC, TD Securities (USA) LLC, Truist Securities, Inc., Nomura Securities International, Inc., WR Securities, LLC, Citizens JMP Securities, LLC, Oppenheimer & Co. Inc., Wedbush Securities Inc., and PNC Capital Markets LLC*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

/s/Andrew Rhys Davies*
Andrew Rhys Davies
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800
Andrew.Davies@wilmerhale.com

Robert Kingsley Smith (pro hac vice)
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Robert.Smith@wilmerhale.com

*Counsel for SoFi Securities LLC*

**JONES DAY**

/s/Nina Yadava*
Nina Yadava
Paul Francis Rugani
Jeffrey E. Meehan
250 Vesey Street
New York, NY 10281
Tel: (212) 326-3939
nyadava@jonesday.com
prugani@jonesday.com
jmeehan@jonesday.com

*Counsel for Robinhood Financial, LLC*

*Electronic signatures are used with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.