UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                    :
EDWARD LIU, *individually and on behalf of all other*    :
*similarly situated*,                               :
                                                    :           25-CV-9776 (JMF)
                              Plaintiffs,           :
                                                    :           ORDER
         -v-                                        :
                                                    :
STUBHUB HOLDINGS, INC. et al.,                      :
                                                    :
                              Defendants.           :
                                                    :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* Docket No. 99, Defendants' earlier motion to dismiss filed at Docket No. 74 is hereby DENIED as moot.  Unless and until the Court orders otherwise, Plaintiffs' opposition to the new motion to dismiss is due by **October 2, 2026**, and Defendants' reply, if any, is due by **November 2, 2026**.

       The Clerk of Court is directed to terminate Docket No. 74.

       SO ORDERED.

Dated: August 3, 2026                    _____
       New York, New York                          JESSE M. FURMAN
                                            United States District Judge